**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**ISAAC THIBODEAUX**                                    **CIVIL ACTION**

**VERSUS**                                              **NO. 16-12318**

**CHEVRON U.S.A., INC., ET AL.**                        **SECTION "B"(4)**

## ORDER

Considering Defendant Chevron U.S.A., Inc.'s "Motion to Exclude Robert Borison" (Rec. Doc. 79) and "Motion to Exclude Donald J. Green" (Rec. Doc. 80), as well as Danos and Curole Marine Contractors, LLC's "Motion in Limine to Limit Trial Testimony of Donald J. Green" (Rec. Doc. 86),

**IT IS ORDERED** that Chevron's motions (Rec. Docs. 79, 80) are **GRANTED**. Expert conclusions at issue will not aid this trier of fact. We can make common sense determinations, as well as interpret any applicable laws, industry standards, and policies without assistance of an expert. Their testimony and any other party's expert on the same issues raised by these experts are thereby excluded. *See Peters v. Five Star Marine Serv.*, 898 F.2d 448, 450 (5th Cir. 1990); *Toomer v. Fla. Pars. Juvenile Justice Comm'n*, No. 03-0734, 2005 WL 5974570, at *1 (E.D. La. Mar. 3, 2005).

**IT IS FURTHER ORDERED** that Danos' motion (Rec. Doc. 86) is **DISMISSED AS MOOT** because the entirety of Donald J. Green's testimony has been excluded.

New Orleans, Louisiana, this 1st day of March, 2018.

                                              _____
                                              SENIOR UNITED STATES DISTRICT JUDGE